UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INLAND EMPIRE TRADES CREDIT UNION,<br><br>           Plaintiff,<br><br>    v.<br><br>OPEN SOLUTIONS INC., d/b/a OPEN SOLUTIONS, CU TECHNOLOGIES, INC.,<br><br>           Defendant. | No. CV-05-379-FVS<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

**THIS MATTER** having come before the Court based upon the parties' joint motion to dismiss the plaintiff's claims and the defendant's counterclaims; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' stipulated motion (**Ct. Rec. 14**) to dismiss is granted.

2. The plaintiff's claims and the defendant's counterclaims are **DISMISSED** with prejudice and without costs to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___7th___ day of July, 2006

                               s/ Fred Van Sickle
                                Fred Van Sickle
                        United States District Judge

ORDER- 1